**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| ROBERT CLARK; and TRISHA CLARK | PLAINTIFFS |
| v.    NO. 4:14CV00411 JLH | |
| RENTDEBT AUTOMATED COLLECTION SERVICES, LLC | DEFENDANTS |

## ORDER

Pursuant to the joint stipulation of dismissal with prejudice, all claims asserted by plaintiffs Robert Clark and Trisha Clark, against defendant RentDebt Automated Collection Services, LLC, are dismissed in their entirety, with prejudice, and without costs, disbursements, or attorney's fees to any party. Document #22.

IT IS SO ORDERED this 3rd day of December, 2014.

_/s/ J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE